1  DEMAS LAW GROUP
2  John N. Demas, SBN:161563
   701 Howe Avenue, Ste. A-1
3  Sacramento, CA 95825
4  (916) 444-0100- Phone
5  (916)444-8250- Fax

6  Attorneys for Plaintiff
7  MICHAEL BAILEY

8

9          UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

11

12

13  MICHAEL BAILEY,                    CASE NO.  3:13-cv-04509MEJ

14          Plaintiff,

15

16  vs.                                **SUBSTITUTION OF COUNSEL AND**
                                       **ORDER**
17  FIDEL PINON, an individual,
18  PINON TRUCKING, NATIONAL
    RAILROAD PASSENGER
19  CORPORATION a/k/a AMTRAK,
20  BNSF RAILWAY COMPANY and
    DOES 1 through 100, inclusive,
21
22          Defendants.
23

24      Notice is hereby given that, subject to approval by the court, Plaintiff,

25  MICHAEL BAILEY makes the following substitution of counsel:

26      Former Legal Representative:   Eric J. Ratinoff, SBN: 166204, Kershaw,

27  Cutter and Ratinoff, 401 Watt Avenue, Sacramento, California 95864. T: (916)

28  448-9800.

                                    1

New Legal Representative:     John N. Demas, SBN: 161563, Demas Law Group, 701 Howe Avenue, Ste. A-1, Sacramento, California 95825. T: (916)444-0100.

I consent to the above substitution.

Date: 12-13-13                    By:    ___/s/_____

Signature of Plaintiff, Michael Bailey

I consent to the above substitution.

Date:12-13-13                     By:    ___/s/_____

Signature of Former Attorney,
Eric J. Ratinoff

I consent to the above substitution.

Date: 12-13-13                    By:    ___/s/_____

Signature of New Attorney,
John N. Demas

Concurrence in filing this document has been obtained from each signatory which shall serve in lieu of their signatures.

1

2  IT IS SO ORDERED.

3

4  Date: December 17, 2013

5

6                                        By: _____

7                                             IT IS SO ORDERED

8                                             Judge Maria-Elena James

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3