UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAILEY,<br>　　　　Plaintiff,<br>　　v.<br>FIDEL PINON, et al.,<br>　　　　Defendants. | Case No. 13-cv-04509-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *In re September 30, 2011 Train Accident*, Case No. C 12-03396 RS.

**IT IS SO ORDERED.**

Dated: December 30, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge