UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BAILEY,

        Plaintiff,

   v.

FIDEL PINON, et al.,

        Defendants.

Case No. 13-cv-04509-MEJ

**ORDER CONTINUING CMC**

This matter is currently scheduled for a Case Management Conference on January 2, 2014. However, as no Defendants have been served, the conference is hereby CONTINUED to March 20, 2014 at 10:00 a.m. in Courtroom B. An updated case management statement shall be filed by March 13, 2014.

    **IT IS SO ORDERED.**

Dated: December 30, 2013

                                    MARIA-ELENA JAMES  
                                    United States Magistrate Judge