B. CLYDE HUTCHINSON, State Bar No. 37526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) and
BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAILEY,,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FIDEL PINON, an individual, PINON TRUCKING, NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, BNSF RAILWYA COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. C 3:13-cv-04509 RS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff MICHAEL BAILEY and Defendants NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, and FIDEL PINON, by and through their designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Each party to bear their own costs.

///

DATED: September 22, 2015                         DEMAS LAW GROUP


By      /s/ *Brad Schultz*
      BRAD SCHULTZ
      Attorneys for Plaintiff
      MICHAEL BAILEY


DATED: September 22, 2015                         LOMBARDI, LOPER & CONANT, LLP


By:      /s/ *Kara A. Abelson*
      B. CLYDE HUTCHINSON
      KARA A. ABELSON
      Attorneys for Defendants
      NATIONAL RAILROAD PASSENGER
      CORPORATION and BNSF RAILWAY
      COMPANY


DATED: September 22, 2015                         POWERS & MILLER


By:      /s/ *Robert F. Bennett, Jr.*
      ROBERT F. BENNETT, JR.
      Attorneys for Defendant
      FIDEL PINON


IT IS SO ORDERED.


Dated:    9/22              , 2015


_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-42009 KAA 668478.1     - 2 -     STIPULATION AND ORDER OF DISMISSAL
                                       CASE NO. 3:13-CV-04509 RS